ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
SHELLEY L. MURRAY
Nevada Bar No. 12831
shelley.murray@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant ADESA Nevada, LLC d/b/a ADESA Las Vegas*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERIKA MANASCO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ADESA LAS VEGAS, LLC D/B/A ADESA LAS VEGAS, a Nevada limited liability corporation; DOES I thru V, inclusive; ROE COPORATIONS I thru V inclusive,<br><br>Defendant. | Case No.: 2:17-cv-02469-JCM-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO BRIEF DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AND SECOND CLAIMS FOR RELIEF IN HER COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule ("LR") IA 6-1, LR IA 6-2, and LR 7-1, Defendant, Adesa Las Vegas, LLC d/b/a Adesa Las Vegas (hereinafter "Defendant"), by and through their undersigned counsel, Anthony L. Martin and Shelley L. Murray, of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and Plaintiff Erika Manasco ("Plaintiff"), by and through her undersigned counsel, Andrew L. Rempfer, of the Law Offices of Steven J. Parsons, hereby stipulate to an extension of time for Plaintiff to file a response to Defendant's Partial Motion to Dismiss Plaintiff's First and Second Claims for Relief in Her Complaint filed on November 6, 2017 (ECF

No. 6), up to and including November 27, 2017. The present deadline is November 20, 2017. The parties further stipulate that Defendant will have up to and including December 11, 2017 to file a Reply in support of her Motion. The present deadline is November 28, 2017. This is the first request for an extension of time.

Defendant requests an extension of time due to defense counsel's out of country travel schedule from November 16, 2017 through November 27, 2017. This request is made to allow Defendant time to review Plaintiff's Opposition and prepare an appropriate Reply in light of Defendant's counsel's schedule. This request is not intended for purposes of delay and is not made in bad faith.

**IT IS SO STIPULATED:**

Dated this 14th day of November, 2017.   Dated this 14th day of November, 2017.

LAW OFFICES OF STEVEN J. PARSONS    OGLETREE, DEAKINS, NASH, SMOAK
                                                                                               & STEWART, P.C.

*/s/ Andrew L. Rempfer*       */s/ Shelley L. Murray*
Andrew L. Rempfer              Anthony L. Martin, Esq.
10091 Park Run Drive, #200     Shelley L. Murray, Esq.
Las Vegas, Nevada 89145-8868   Wells Fargo Tower
*Attorneys for Plaintiff Erika Manasco*   Suite 1500
                                                                                               3800 Howard Hughes Parkway
                                                                                               Las Vegas, NV 89169
                                                                                               *Attorneys for Defendant ADESA Nevada, LLC d/b/a ADESA Las Vegas*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

November 16, 2017
_____
Dated

2