1 Andrew L. Rempfer
Nevada Bar No. 8628
2 LAW OFFICES OF STEVEN J. PARSONS
10091 Park Run Drive Ste 200
3 Las Vegas, NV 89145-8868
(702) 384-9900
4 (702) 384-5900 – (fax)
Andrew@SJPlawyer.com
5
Attorney for Plaintiff
6 **ERIKA MANASCO**

7 UNITED STATES DISTRICT COURT

8 CLARK COUNTY, NEVADA

| | |
|---|---|
| 9 **ERIKA MANASCO**, an individual, | Case No.: 2:17-cv-02469-JCM-VCF |
| 10 Plaintiff, | |
| 11 vs. | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S |
| 12 **ADESA NEVADA, LLC D/B/A/ ADESA LAS VEGAS**, a Nevada limited liability corporation; | PARTIAL MOTION TO DISMISS |
| 13 DOES I thru V, inclusive; ROE CORPORATIONS I thru V, inclusive, | (SECOND REQUEST) |
| 14 Defendant. | |
| 15 _____/ | |

Pursuant to Local Rule ("LR") IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Erika Manasco ("Plaintiff"), by and through her undersigned counsel, Andrew L. Rempfer of Law Offices of Steven J. Parsons, and Defendant Adesa Las Vegas, LLC d/b/a Adesa Las Vegas ("Defendant"), by and through its undersigned counsel, Anthony L. Martin and Shelley L. Murray of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby stipulate to an extension of time for Plaintiff to file a response to Defendants' Partial Motion to Dismiss Plaintiff's First and Second Claims for Relief in Her Complaint filed on November 6, 2017 (ECF No. 6), up to and including November 28, 2017. The present deadline is November 27, 2017. This is the second request for an extension of time.

Plaintiff requests an extension of time due to Plaintiff's counsel's out-of-state travel. Plaintiff's counsel did not return to Las Vegas until November 27, 2017. The additional day



will provide counsel adequate time to finalize Plaintiff's response to Defendant's Motion. This request is not intended for purposes of delay and is not made in bad faith.

**IT IS SO STIPULATED:**

Dated: Monday, November 27, 2017.

LAW OFFICES OF STEVEN J. PARSONS

/s/ Andrew L. Rempfer
ANDREW L. REMPFER
Nevada Bar No. 8628

Attorneys for Plaintiff
**ERIKA MANASCO**

Dated: Monday, November 27, 2017.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Anthony S. Martin
Anthony L. Martin
Nevada Bar No. 8177

Attorneys for Defendants
**ADESA NEVADA, LLC d/b/a ADESA LAS VEGAS**

<u>ORDER</u>

**IT IS SO ORDERED.**

Dated: November 28, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

