Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
SHELLEY L. MURRAY
Nevada Bar No. 12831
shelley.murray@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant ADESA Nevada, LLC d/b/a ADESA Las Vegas*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERIKA MANASCO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ADESA LAS VEGAS, LLC D/B/A ADESA LAS VEGAS, a Nevada limited liability corporation; DOES I thru V, inclusive; ROE COPORATIONS I thru V inclusive, <br><br> Defendant. | Case No.: 2:17-cv-02469-JCM-VCF <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO BRIEF DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AND SECOND CLAIMS FOR RELIEF IN HER COMPLAINT** <br><br> **(THIRD REQUEST)** |

Pursuant to Local Rule ("LR") IA 6-1, LR IA 6-2, and LR 7-1, Defendant, ADESA Las Vegas, LLC d/b/a ADESA Las Vegas (hereinafter "Defendant"), by and through its undersigned counsel, Anthony L. Martin and Shelley L. Murray, of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and Plaintiff Erika Manasco ("Plaintiff"), by and through her undersigned counsel, Andrew L. Rempfer, of the Law Offices of Steven J. Parsons, hereby stipulate to an extension of time for Defendant to file a Reply in Support of Defendant's Partial Motion to Dismiss Plaintiff's First and Second Claims for Relief in Her Complaint filed on November 6,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

2017 (ECF No. 6), up to and including December 26, 2017. The present deadline is December 11, 2017. This is the third request for an extension of time.

This request is made to allow the parties time to negotiate a potential early resolution without incurring additional costs of briefing the instant motion. This request is not intended for purposes of delay and is not made in bad faith.

**IT IS SO STIPULATED:**

Dated this 8th day of December, 2017.　　　　　Dated this 8th day of December, 2017.

LAW OFFICES OF STEVEN J. PARSONS　　　　　OGLETREE, DEAKINS, NASH, SMOAK
　　　　　　　　　　　　　　　　　　　　　　　& STEWART, P.C.

*/s/ Andrew L. Rempfer*　　　　　　　　　　　*/s/ Shelley L. Murray*
Andrew L. Rempfer　　　　　　　　　　　　　Anthony L. Martin, Esq.
10091 Park Run Drive, #200　　　　　　　　　Shelley L. Murray, Esq.
Las Vegas, Nevada 89145-8868　　　　　　　　Wells Fargo Tower
*Attorneys for Plaintiff Erika Manasco*　　　　　Suite 1500
　　　　　　　　　　　　　　　　　　　　　　3800 Howard Hughes Parkway
　　　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89169
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant ADESA Nevada, LLC*
　　　　　　　　　　　　　　　　　　　　　　*d/b/a ADESA Las Vegas*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

December 15, 2017
_____
Dated

2